**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| JAMES D. SCHNELLER, | : | No. 802 MAL 2017 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| MARJORIE ZITOMER, G. RICHARD | : | |
| SCHNELLER, T. SERGEANT PEPPER, | : | |
| ESQ., HEPBURN, WILLCOX, HAMILTON | : | |
| & PUTNAM, LLP, WACHOVIA BANK, | : | |
| N.A., ALLEVA FUNERAL HOME, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 1st day of May, 2018, the Petition for Allowance of Appeal is **DENIED**.